UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GLORIA HAYES | CIVIL ACTION NO. 25-cv-610 |
| VERSUS | JUDGE EDWARDS |
| P N B TRANSPORT, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants filed a Diversity Jurisdiction Disclosure Statement and alleged that defendant PNB Transport, LLC is a "corporation incorporated in the State of California and has its principal place of business in the State of California." However, PNB's name suggests that it is an LLC rather than a corporation. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).

"A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Defendants must file, no later than **June 6, 2025**, an amended Diversity Jurisdiction Disclosure Statement that identifies the members of PNB and sets forth their citizenship is accordance with the applicable rules.

Plaintiff did not file a Diversity Jurisdiction Disclosure Statement by her May 20 deadline.  She is granted until **June 6, 2025** to file a Diversity Jurisdiction Disclosure Statement in accordance with the instructions in Doc. 3.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of May, 2025.

                                                                Mark L. Hornsby
                                                                U.S. Magistrate Judge