UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GLORIA HAYES　　　　　　　　　　　　　CIVIL ACTION NO. 25-cv-610

VERSUS　　　　　　　　　　　　　　　　　JUDGE EDWARDS

P N B TRANSPORT, LLC, ET AL　　　　　　　MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendants filed a Diversity Jurisdiction Disclosure Statement and alleged that defendant PNB Transport, LLC is a "corporation incorporated in the State of California and has its principal place of business in the State of California." The court issued a memorandum order (Doc. 8) that directed Defendants to amend the Diversity Jurisdiction Disclosure Statement "that identifies the members of PNB and sets forth their citizenship" in accordance with the applicable rules.

Defendants filed an Amended Diversity Jurisdiction Disclosure Statement (Doc. 10) and alleged that PNB is "a Limited Liability Company, owned and operated solely by Baljit Singh," who is a domiciliary of California. An allegation that an LLC is solely owned by someone is not enough to allege citizenship with specificity. The party must set forth the members of the LLC, which may be different from owners in some states. SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023).

PNB must file, no later than June 24, 2025, an amended Diversity Jurisdiction Disclosure Statement that clearly identifies the members of PNB and their citizenship in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 17th day of June, 2025.

Mark L. Hornsby
U.S. Magistrate Judge